FORM CACB van156–od13vdrr
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
## OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(2) and 1307(b)]

**DEBTOR INFORMATION:**
Said Rafiezadeh

**BANKRUPTCY NO.** 2:18–bk–24188–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–6728
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 1/13/20

**JOINT DEBTOR INFORMATION:**
Firouzeh Rezaie
aka Faye Rezaie

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–6629
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Joint Debtor Dismissal Date:** 1/13/20

**Address:**
1053 South Orange Grove Avenue
Unit 4
Los Angeles, CA 90019

Based on debtor's request and because this is a dismissal on request of the debtor after a motion for relief from the automatic stay has been filed, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and

(3)  debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: January 13, 2020

BY THE COURT,

**Vincent P. Zurzolo**
United States Bankruptcy Judge